ORIGINAL

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2023 MAY -4  AM 11: 27

DEPUTY CLERK _____



# IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

---

## EVA USA *vs.* BOARD DIRECTORS

### 4:23-CV-00214-OBP

---

## ON THE CONTINUUM U.S. EEOC
## CHARGE #450-2021-03660
## ENTERED SARBANES-OXLEY DEFAULT
## INJUNCTIVE RELIEF RETALIATION
## FRAUDULENT CONVEYANCE
## TRANSACT TRANSPORT SECURITIES
## 12 U.S.C. §5531

---

## DODD-FRANK COMPLAINT
### 18 U.S.C. §§2311, 2312, 2313, 2314, 2315

i

## **TABLE OF CONTENT**

| | | | |
|---|---|---|---|
| I. | SUMMARY | ...................... | 1 |
| | EXHIBIT-1 | ...................... | 2 |
| II. | VIOLATIONS | ...................... | 4 |
| III. | NATURE PROCEEDINGS AND RELIEF SOUGHT | ...................... | 9 |
| IV. | DEFENDANTS | ...................... | 10 |
| V. | JURISDICTION AND VENUE | ...................... | 12 |
| | EXHIBIT-19 | ...................... | 13 |
| VI. | STATUTORY LEGAL FRAMEWORK | ...................... | 15 |
| VII. | FACTS | ...................... | 18 |

ii

EXHIBIT-20        ....................... 21

EXHIBIT-18        ....................... 28

VIII.    FIRST(1ST)CLAIM
         RELIEF        ....................... 33

IX.      SECOND (2ND)
         CLAIM FOR
         RELIEF        ....................... 34

X.       THIRD (3RD)
         CLAIM FOR
         RELIEF        ....................... 35

XI.      FORTH (4TH)
         CLAIM FOR
         RELIEF        ....................... 36

XII.     FIFTH (5TH)
         CLAIM FOR
         RELIEF        ....................... 36

XIII.    SIXTH (6TH)
         CLAIM FOR
         RELIEF        ....................... 37

iii

XIV.      SEVENTH (7TH)
          CLAIM FOR
          RELIEF          ....................... 37

XV.       PRAYER FOR
          RELIEF          ....................... 38

XVI.      CONCLUSION      ....................... 39

          CD-ROM          ....................... 40

          1.DODD-FRANK COMPLAINT;
          2.APPENDIX-31    (DKT#6);
          3.APPENDIX-32    (DKT#17);
          4.APPENDIX-33    (DKT#19,
                            DKT#20,
                            DKT#21);

XVII.     CERTIFICATE OF
          SERVICE          ....................... 41

XVIII.    END-PAGE         ....................... 43

-1-

## DODD-FRANK COMPLAINT
### 18 U.S.C. §§2311, 2312, 2313, 2314, 2315

BEFORE THE TRANSFEREE COURT SUA SPONTE ORDER (DKT#56) SUPERSEDES ALL[1] PREREQUISITE, LIMITATION, REQUIREMENT IF ANY, COMES the United States, its *Securities Exchange Commission* (SEC) and *Commodity Futures Trading Commission* (CFTC) hereinafter collectively "COMMISSIONS" ex rel PLAINTIFF entered default[2],[3] setforth this Complaint against naming DEFENDANTS allegation said following:

## I. SUMMARY

1. From at least October 24, 1991 (*See,* e.g., EXHIBIT-1, USDC-DDEL CAUSE# 22-112) through this date that "COMMISSIONS" proceeding entitled this DODD-FRANK COMPLAINT until this complaint date, whereat the naming defendants and whomever being-had-been manipulative, deceptive, or other fraudulent device or contrivance the "EVA AIRWAYS CORPORATION" as a "DELAWARE CORPORATION" offer, sale, transact transport securities.

---

[1] *See,* e.g., *Digital Realty Trust, Inc. v. Somers*, 138 S. Ct. 767 (2018);

[2] *See,* e.g., DKT#20, #21, #23 (DELAWARE-DEFAULT);

[3] *See,* e.g., DKT#54 (TEXAS-DEFAULT);

–2–

INSERTION FOLLOWING PAGE(S)
EXHIBIT-1

DODD-FRANK COMPLAINT
USDC-NDTX-423CV00214-OBP

STATEMENT AND DESIGNATION
BY
FOREIGN CORPORATION



DO NOT WRITE IN THIS SPACE

1803595

FILED
In the office of the Secretary of State
of the State of California

OCT 24 1991

MARCH FONG EU, Secretary of State

EVA AIRWAYS CORPORATION

(Name of Corporation)

a corporation organized and existing under the laws of   Taiwan

(State or Place of Incorporation)

makes the following statements and designation:

1.  The address of its principal executive office is  Evergreen Building,

330 Minsheng East Road, Taipei, Taiwan, R.O.C.

(Insert complete address of principal executive office wherever located.)
DO NOT USE POST OFFICE BOX

2.  The address of its principal office in the State of California is

320 South Centre Street,    San Pedro, California 90731

(Insert complete address of principal office in California.)
DO NOT USE POST OFFICE BOX

DESIGNATION OF AGENT FOR SERVICE OF PROCESS WITHIN THE STATE OF CALIFORNIA

3.  (Use this paragraph if the process agent is a natural person.)

a natural person residing in the State of California, whose complete address is

DO NOT USE POST OFFICE BOX

is designated as its agent upon whom process directed to the corporation may be served within the State of California in the manner provided by law.

(FORM TO BE COMPLETED ON REVERSE SIDE)

(CALIF. – 1934 – 11/9/90)

4. (Use this paragraph if the process agent is a corporation.)

C. T. CORPORATION SYSTEM _____, a corporation organized

and existing under the laws of _____ DELAWARE _____ is designated as
agent upon whom process directed to the undersigned corporation may be served within
the State of California, in the manner provided by law.

NOTE: Before it may be designated by any foreign corporation as its agent for
service of process, a corporate agent must comply with Section 1505,
California Corporations Code. (See instruction 2.)

5. The undersigned corporation hereby irrevocably consents to service of process
directed to it upon the agent designated above, and to service of process on the
Secretary of State of the State of California if the agent so designated or the
agent's successor is no longer authorized to act or cannot be found at the address
given.

EVA AIRWAYS CORPORATION
(Name of Corporation)

(Signature of Corporate Officer)

C.E. Lin, Executive Vice President
(Typed Name and Title of Officer Signing)

INSTRUCTIONS:

1. There must be annexed to this statement, a certificate by an authorized public official of the state
or place of incorporation of the corporation, to the effect that the corporation making the statement
is an existing corporation in good standing in that state or place. IF A NONPROFIT CORPORATION IS TO
BE QUALIFIED, the certificate must also indicate that the corporation is a nonstock, nonprofit
corporation.

2. No domestic corporation may be designated as agent for service of process unless it has filed with the
Secretary of State the certificate provided for by Section 1505, California Corporations Code (CCC),
and no foreign corporation may be designated unless it has qualified for the transaction of intrastate
business in California and has filed with the Secretary of State of the State of California the
certificate provided for by Section 1505, CCC. A domestic or foreign corporation must be currently
authorized to engage in business in this State and be in good standing status on the records of the
Secretary of State of the State of California, in order to file a certificate pursuant to this section.
NOTE: A CORPORATION CANNOT ACT FOR ITSELF AS AGENT FOR SERVICE OF PROCESS.

3. If a corporation is required to qualify under a D.B.A. (name other than the true corporate name)
pursuant to Section 2106(b), CCC, then in the first line of this statement set out the correct
corporate name, followed by "which will do business in California as _____," setting
forth the D.B.A. in the space indicated. The D.B.A. should not be set out in connection with the
corporate name anywhere else in the statement.

4. If the corporation changes its name the corporation must file an Amended Statement by Foreign
Corporation. A form may be obtained from the Secretary of State.

TRANSLATION

## BUSINESS REGISTERED CERTIFICATE
## OF THE GOVERNMENT OF TAIPEI CITY

### PERMIT OF REGISTERED FOR BUSINESS OPERATION

Reference No.:Beei Shyh Jian I Gong Sy (78) Tse No.300126

WHEREAS, CHANG, Yung-fa has applied to change the registered items indicated below, and the government of Taipei City has permitted to change the registered items and indicated below.

1. Name of the company: EVA Airways Corporation
2. Paid-in capital amount : NT$3,500,000,000.
3. Name of legal representative: CHANG, Yung-fa
4. Organization : Corporation
5. Registered office address: 7F., 330, Minsheng E. Road, 10444, Taipei, Taiwan, R.O.C.(For office use only)
6. Date of registration of the company : 11th April, 1989
7. Business engaged in by the company :( The operation of the below business should be conducted in accordance with the laws and regulations concerned.)

   a. Grade-A civil aviation transport business.
   b. Air transport agency business, including business, operation and maintenance, etc.
   c. Repair and maintenance of airframes, power plants and navigation instruments, etc.
   d. Sales of aircraft equipments.
   e. Flight catering business.
   f. Publication of air travel magazines.
   g. Imports and exports trade business (not including the futures).
   h. Operation and investment in other companies relating to the above business (which is permitted by the Investment Commission of the Ministry of Economic Affairs).

This Eighteen day of January in the year One Thousand Nine Hundred and Ninety One.

(Official Seal)

I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL TO THE BEST OF MY KNOWLEDGE AND BELIEF

(Signed)
Mayor of Taipei City
HWANG, Dah-jou

本文件之簽名或蓋章，經中華民國台灣台北地方法院公証處公証人認証
公証人 楊昭國

Attested on this_____ day,_____ 19__, at the Taiwan Taipei District court, Republic of China,That the signature(s)/seal(s) in this document is/are authentic.

Jen Tzu No.

31276

Translator: Howard Lu

Yang, Jau-Gwo
Notary Public

預印 (79.12壹萬伍仟份) 002389

# 臺北市政府營利事業登記證

北市建一 公司(78)字第 300126 號

據 張榮發 申請營利事業變更登記

本府已予登記特發給登記證並摘錄事項如左：

一、營利事業名稱：長榮航空股份有限公司

二、資　本　額：新台幣壹佰億元整

三、負　責　人：張榮發

四、組　　　織：公司

五、營業所在地：中山區民實路三〇號七樓 營業所在地全係使用限

六、核准設立登記日期：中華民國七十八年一月三十一日

七、營業項目：
左列業務之經營應照有關法令規定辦理

1. 申請空機運送民航局核准之航線業務。
2. 國內線航空貨物運送業務。
3. 航空運輸事業用途及附屬房屋之出租業務等。
4. 代理各航空公司客貨運業務。
5. 有關航空站地勤業務。
6. 有關航空貨物集散站業務。
7. 前二項業務所需倉儲業務。
8. 前各款有關進出口貿易業務（除代理業及經銷商外）及轉投資業務（以經濟部頒投資委員會核准者為限）。

市長 吳伯雄



中華民國 　　 年 三 月 十八 日

## CERTIFICATE OF INCORPORATION

Ministry of Economic Affairs
Republic of China

Date : January 10, 1991
Uniform Invoice Number: 23225229

Whereas, EVA Airways Corporation has applied for amendment registration, this Ministry has caused such to be registered.

Now, therefore, this Certificate of Incorporation is hereby issued with excerpt from registered items as follow:

1. Name of the company      : EVA Airways Corporation
2. Amount of capital        : NT$10,000,000,000 divided into 1,000,000,000 shares at NT$10 each, and NT$3,500,000,000 of capital stock has been actually paid.
3. Name of legal representative: Chang, Yung-Fa
4. Location of the company's head office:
                               7F., 330, Minsheng E. Rd., 10444
                               Taipei, Taiwan, R.O.C.
5. Date of registration of the company: April 7, 1989
6. Business engaged in by the company :
    a. Grade-A civil aviation transport business.
    b. Air transport agency business, including business, operation and maintenance, etc.
    c. Repair and maintenance of airframes, power plants and navigation instruments, etc.
    d. Sales of aircraft equipments.
    e. Flight catering business.
    f. Machine and spare parts processing manufacture.
    g. Publication of air travel magazines.
    h. Imports and exports trade business (not including the futures).
    i. Operation and investment in other companies relating to the above business (which is permitted by the Investment Commission of The Ministry of Economic Affairs).

The operation of the above business should be conducted in accordance with the laws and regulations concerned.

Minister of Economic Affairs
Hsiao, Wan-Chang

Director of Commerce Department
Wu, Ching-Tang



萬國翻譯公司有限公司
WONDERFUL TRANSLATION SERVICE
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL TO THE BEST OF MY KNOWLEDGE AND BELIEF.

TRANSLATOR

Wonderful Translation Service

台北市南京東路2段20號8F
20, NANKING E. RD., SEC. 2, TAIPEI
（ 新東陽食品樓上 ）
萬國翻譯 有限 公司
☎511-8765・511-8745
FAX：02-511-8745



本文件之簽名或蓋章，經中華民國台
灣台北地方法院公証處公証人認証。
公証人
Attested on this    day,    FEB,
19  , at the Taiwan Taipei District
Court, Republic of China, That the
signature(s)/seal(s) in this docu-
ment is/are authentic.

Jen Tau No.

Tsai, Chiang-Song
Notary Public

0858



經濟部公司執照

−3−

EXHIBIT-1
INSERTION END-PAGE

DODD-FRANK COMPLAINT
USDC-NDTX-423CV00214-OBP

–4–

2. Defendants being-had-been unlawfully transported or caused to be transported in interstate or foreign commerce each transaction goods, wares, merchandise, securities, or money have a value of $5,000 or more which are *"stolen, converted or taken by fraud"*[4] on the benefit of fraudulent manipulative, deceptive, or other fraudulent device or contrivance the "EVA AIRWAYS CORPORATION" as a "DELAWARE CORPORATION" offer, sale and transact to transport securities.

## II. VIOLATIONS

3. *Securities Act of 1933*, Sec. 11. (a) in this case any part of the registration statement, when such part became effective, contained an untrue statement of a material fact or omitted to state a material fact required to be stated therein or necessary to make the statement therein not misleading, any person acquiring such security unless it is proved that at the time of such acquisition he know of such

---

[4] *"stolen, converted or taken by fraud"* is intended to cover all forms of theft offenses regardless of whether such "taking" was in the nature of common law larceny, an embezzlement, or false pretenses. *See*, e.g., *United States v. Lyda*, 279 F. 2d 461 (5th Cir. 1960). *See* also, *United States v. Turley*, 352 U.S. 407 (1957) (under 18 U.S.C. §2312); and *Bell v. United States*, 462 U.S. 356 (1983) (under 18 U.S.C. §2313). The property must retain its stolen character during the transportation under 18 U.S.C. §2314, or the receipt, possession, concealment, storing, bartering, selling, disposing of, pledging, or accepting as security for a loan under 18 U.S.C. §2315.

–5–

untruth or omission may, either at law or in equity, in any court to competent jurisdiction, sue –

(1) every person who signed the registration statement;

(2) every person who was a director of (or person performing similar functions) or partner in, the issuer at the time of the filing of the part of the registration statement with respect to which his liability is asserted;

(3) every person who, with his consent, is named in the registration statement as being or about to become a director, person performing similar functions, or partner;

(4) every account, engineer, or appraiser, or any person whose profession gives authority to a statement made by him, who has with his consent been named as having prepared or certified any part of the registration statement, or as having prepared or certified any report or valuation which is used in connection with the registration statement, with respect to the statement in such registration state, report, or valuation, which purports to have been prepared or certified by him;

4. *Securities Act of 1933*, Sec. 17. (a) it shall be unlawful for any person in the offer or sale any securities by the use of any means or instruments of transportation or communication in interstate commerce or by the use of the mails, directly or indirectly –

(1) to employ any device, scheme, or artifice to defraud, or

(2) to obtain money or property by means of any untrue statement of material fact or any omission to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, or

–6–

(3) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser. (b) it shall be unlawful for any person, by the use of any means or instruments of transportation or communication in interstate commerce or by the use of the mails, to publish give publicity to, or circulate any notice, circular, advertisement, newspaper, article, letter, investment service, or communication which, though not purporting to offer a security for sales, describes such security for a consideration received or to be received, directly or indirectly, from an issuer, underwriter, or dealer, without fully disclosing the receipt, whether past or prospective, of such consideration and the amount thereof.

5. *Securities Act of 1933*, Sec. 23. Unlawful Representations. Neither the fact that the registration statement for a security has been filed or is in effect with respect thereto shall be deemed a finding by the Commission that the registration statement is true and accurate on its face or that it does not contain an untrue statement of fact or omit to state a material fact, or be held to mean that the Commission has in any way passed upon the merits of, or given approval to, such security. It shall be unlawful to make, or cause to be made, to any prospective purchaser any representation contrary to the foregoing provisions of this section.

6. *Securities Exchange Act of 1934*, Rule 15c1-2, *Fraud and Misrepresentation*. (a) the term "manipulative, deceptive, or other fraudulent device or contrivance", as used in section

–7–

15(c)(1) of the Act, is hereby defined to include any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person. (b) the term "manipulative, deceptive, or other fraudulent device or contrivance", as used in section 15(c)(1) of the Act, is hereby defined to include any untrue statement of a material fact and any omission to state a material fact and any omission to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they are made, not misleading, which statement or omission is made with knowledge or reasonable grounds to believe that it is untrue or misleading. (c) the scope this section shall not be limited by any specific definitions of the term "manipulative, deceptive, or other fraudulent device or contrivance" contained in other rules adopted pursuant to section 15(c)(1) of the act.

7. *Securities Exchange Act of 1934*, Rule 15c1-3. Misrepresentation by Brokers, Dealers and Municipal securities Dealers as to Registration. The term "manipulative, deceptive, or other fraudulent device or contrivance", as used in section 15(c)(1) of the Act, is hereby defined to include any representation by a broker, dealer or municipal securities dealer that the registration of a broker or dealer, pursuant to section 15(b) of the Act, or the registration of a municipal securities dealer pursuant to section 15B(a) of the Act, or the failure of the Commission to deny or revoke such registration, indicates in any way that the Commission has passed upon or approved the financial standing, business, or conduct of

-8-

such registered broker, dealer or municipal securities
dealer or the merits of any security or any transaction or
transactions therein.

8. *Securities Exchange Act of 1934*, Rule 15c1-5. *Disclosure of
Control*. The term "manipulative, deceptive, or other
fraudulent device or contrivance", as used in section
15(c)(1) of the Act, is hereby defined to include any broker,
dealer or municipal securities dealer controlled by,
controlling, or under common control with, the issuer of
any security, designed to effect with or for the account of a
customer any transaction in, or to induce the purchase or
sale by such customer of, such security unless such broker,
dealer or municipal securities dealer, before entering into
any contract with or for such customer for the purchase or
sale of such security, discloses to such customer the
existence of such control, and unless such disclosure, if not
made in writing, is supplemented by the giving or sending
of written disclosure at or before the completion of the
transaction.

9. *Securities Exchange Act of 1934*, Rule 15c1-6. *Disclosure of
Interest in Distribution*. The term "manipulative, deceptive,
or other fraudulent device or contrivance", as used in
section 15(c)(1) of the Act, is hereby defined to include any
broker, who is acting for a customer or for both such
customer and some other person, or of any dealer or
municipal securities dealer who receives or has promise of
receiving a fee from a customer for advising such customer
with respect to securities, designed to effect with or for the
account of such customer any transaction in, or to induce

–9–

the purchase or sale by such customer of, any security in the primary or secondary distribution of which such broker, dealer or municipal securities dealer is participating or is otherwise financially interested unless such broker, dealer or municipal securities dealer, at or before the completion of each such transaction gives or sends to such customer written notification of the existence of such participation or interest.

### III. NATURE PROCEEDINGS AND RELIEF SOUGHT

10. The "COMMISSIONS" brings this action pursuant to the authority conferred upon it by Section 20(b) of the *Securities Act*, 15 U.S.C. §77t(b), and Section 21(d)(1) of the *Exchange Act*, 15 U.S.C. §§78 u(d)(1).

11. The "COMMISSIONS" ex rel PLAINTIFF entered default[5,6] setforth this Complaint seeks final judgment: (i) ordering permanent injunctions restraining the enjoining naming defendants from again violating the federal securities laws described herein; (ii) ordering naming defendants with prejudgment interest; (iii) ordering naming defendants to pay civil money penalties; and (iv) prohibiting naming defendants from (a) participating, directly or indirectly, in the purchase, offer, or sale of any security, or (b) engaging in activities for purposes of inducing to attempting to induce the purchase, offer, or sale of security by others; that is (v) unless aforementioned

---

[5] *See*, e.g., DKT#20, #21, #23 (DELAWARE-DEFAULT);

[6] *See*, e.g., DKT#54 (TEXAS-DEFAULT);

-10-

1   correction, improvement and compensation of imposing
2   such other and further relief as the Court may deem just
3   and appropriate all applicable in reference but not limit to
4   DODD-FRANK ACT; and said,
5
6                        **IV. DEFENDANTS**
7
8   12. "COMMISSIONS" hereby retaining ex rel PLAINTIFF
9   entered default[7],[8] setforth this Complaint predecessor
10  AMEND#1 SARBANES-OXLEY COMPLAINT along its
11  (DKT#17, Page-1, Line-19 through Line-31; naming
12  DEFENDANT#1, DEFENDANT#2; and page-2, Line-2
13  through Line-7, naming DEFENDANT#3) each every
14  naming defendants naming as following:
15
16  DEFENDANT#1 (*Original Unchanged*)
17  Board Directors
18  *EVA AIRWAYS CORPORATION*
19  2199 Campus Drive,
20  El Segundo, California 90245
21
22  DEFENDANT#2 (*Original Unchanged*)
23  Ms. Donna Culver (Delaware Bar#2983)
24  Mr. Anthony D. Raucci (Delaware Bar#5948)
25  and *MORRIS, NICHOLS, ARSHT & TUNNELL, LLP*
26  1201 North Market Street
27  POBOX 1347
28  Wilmington, DE 19899

---

[7] *See*, e.g., DKT#20, #21, #23 (DELAWARE-DEFAULT);

[8] *See*, e.g., DKT#54 (TEXAS-DEFAULT);

–11–

| | |
|---|---|
| 1 | DEFENDANT#3 (*Original Unchanged*) |
| 2 | *Mr. Thomas T. Liu (California Bar#115038)* |
| 3 | *Ms. Andrea R. Miliano (California Bar#278937)* |
| 4 | and *PHILSBURY WINTHROP SHW PITTMAN, LLP* |
| 5 | 725 South Figueroa Street, Suite 2800 |
| 6 | Los Angeles, CA 90017-5524 |
| 7 | |
| 8 | DEFENDANT#4 (*Amend with Permission*) |
| 9 | *Mr. Jacob T. Fain (Texas Bar#24053747)* |
| 10 | *Mr. Stafford P. Brantley (Texas Bar#24104774)* |
| 11 | and *WICK PHILLIPS GOULD & MARTIN, LLP* |
| 12 | 100 Throckmorton Street, Suite 1500 |
| 13 | Fort Worth, Texas 76102 |
| 14 | |
| 15 | DEFENDANT#5 (*Amend with Permission*) |
| 16 | all corporation known as: |
| 17 | *EVER ECOVE CORP,* |
| 18 | *CHARING YANG DEVELOPMENT CO., LTD* |
| 19 | *UNI AIRWAYS CORP,* |
| 20 | *EVERGREEN INTERNATIONAL CORP,* |
| 21 | *TAIWAN HIGH SPEED RAIL CORP,* |
| 22 | *EVERGREEN MARINE CORP,* |
| 23 | *EVERGREEN INTERNATIONAL STORAGE &* |
| 24 | *TRANSPORT CORP,* |
| 25 | *EVERGREEN STEEL CORP,* |
| 26 | *CHANG YUNG FA FOUNDATION,* |
| 27 | *CHANG YUNG FA CHARITY FOUNDATION,* |
| 28 | *EVERGREEN SECURITY LTD,* |
| 29 | *EVERGREEN AIR CARGO SERVICES CORP,* |
| 30 | *EVERGREEN AIRLINE SERVICES CORP,* |
| 31 | *EVERGREEN AVIATION PRECISION CORP,* |

-12-

1    *HSIN YUNGG ENTERPRISE CORP,*
2    Individually, collectively as whole, and or whomever all
3    individual and or corporate if any, owning of record or
4    beneficially, if known, more than 10 per centum of any
5    class of stock of its issuer, or more than 10 per centum in
6    the aggregate of the outstanding stock of the issuer as of a
7    date within 20 days prior to the filing of the registration
8    statement pursuant *Securities 1933 Act*, Schedule A, (6)
9    specifically mandated (*See*, e.g., EXHIBIT-19).
10
11   13. "COMMISSIONS" furthermore reserve its indisputable
12   right adding modification any persons, corporation and or
13   both any time in the connection additional defendants
14   naming yet unknown pursuant naming defendants
15   violation *Securities Act of 1933 Regulations.*
16
17
18                **V. JURISDICTION AND VENUE**
19
20   14. The transferor Court has exclusive subject matter
21   jurisdiction over this action pursuant to Sections 20(b),
22   20(d) and 22(a) of the *Securities Act*, 15 U.S.C. §§77t(b),
23   77t(d), and 77v(a), and Sections 21(d) and 27(a) of the
24   *Exchange Act*, 15 U.S.C. §§78u(d) and 78aa(a) manipulative,
25   deceptive, or other fraudulent device or contrivance as a
26   "DELAWARE CORPORATION" to extravaganza the market,
27   buyer, investors confidence, whereto stolen, converted or
28   taken "DELAWARE CORPORATION" by fraud by offering,
29   sales and transact to transport securities for the purpose
30   unjustly enriched contrivance ill-gotten person gain.
31

–13–

INSERTION FOLLOWING PAGE(S)
EXHIBIT-19

DODD-FRANK COMPLAINT
USDC-NDTX-423CV00214-OBP

−14−

EXHIBIT-19
INSERTION END-PAGE

DODD-FRANK COMPLAINT
USDC-NDTX-423CV00214-OBP

DOW JONES, A NEWS CORP COMPANY ▼                                                      About WSJ

S&er500 4673.4        DJIA of 2015795        U.S. 10 yr 2/32 Yield        Crude Oil 75.92        Euro 10997        DBX 34051.70

# WSJ MARKETS

Subscribe | Sign In

English Edition ▼ | Print Edition | Video | Audio | Latest Headlines | More ▼

Home   World   U.S.   Politics   Economy   Business   Tech   **Markets**   Opinion   Books & Arts   Real Estate   Life & Work   Style   Sports        Search 🔍

ADVERTISEMENT



$199.99          $59.99          $29.99          $2,699.99          $74.99

**HARBOR FREIGHT** Your Destination for Tools
Harbor Freight Tools

## EVA Airways Corp.
### 2618 (Taiwan)



NT$ **27.05** TWD
0.20 0.74%

Volume
18,117,941

65 Day Avg Vol
37,913,939

1 Day Range
26.80 - 27.20

52 Week Range
22.75 - 36.45

ADVANCED CHARTING                    COMPARE ▼

 

## WSJ | MARKETS

Subscribe    Sign In

Home    World    U.S.    Politics    Economy    Business    Tech    **Markets**    Opinion    Books & Arts    Real Estate    Life & Work    Style    Sports    Search

### Key People EVA Airways Corp.

**Board of Directors**

| Name/Title | Current Board Membership |
|---|---|
| Bao Shuei Lin<br>Chairman | UNI Airways Corp, Evergreen Sky Catering Corp, Evergreen Aviation Technologies Corp, Evergreen Airline Services Corp, EVA Airways Corp, Trade-Van Information Services Co, Evergreen Air Cargo Services Corp, Evergreen Aviation Precision Corp. |
| Chia Ming Sun<br>General Manager & Director | Evergreen Aviation Technologies Corp, EVA Airways Corp. |
| Li Ching Ko<br>Director | Ever Ecove Corp, Charing Yang Development Co, Ltd, EVA Airways Corp, UNI Airways Corp, Evergreen International Corp. (Taiwan), Taiwan High Speed Rail Corp, Evergreen Marine Corp. (Taiwan) Ltd, Evergreen International Storage & Transport Corp, Evergreen Steel Corp, Chang Yung Fa Foundation, Chang Yung Fa Charity Foundation, Evergreen Security Ltd, Evergreen Air Cargo Services Corp, Evergreen Airline Services Corp, Evergreen Aviation Precision Corp, Hsin Yung Enterprise Corp. |

**All Executives**

| | |
|---|---|
| Bao Shuei Lin<br>Chairman | Chia Ming Sun<br>General Manager & Director |
| Hsien-Hung Chen<br>Director | |

### Ownership EVA Airways Corp.
*Mutual Funds that own 2618*

| Name | Shares Held | % Shares Out | Change in Shares | % of Assets | As of Date |
|---|---|---|---|---|---|

### Average Growth Rates EVA Airways Corp.

Past Five Years
Ending 12/31/2022 (Fiscal Year)

| Revenue | Net Income | Earnings Per Share |
|---|---|---|
| -4.65% | +1.64% | +0.13% |

| Capital Spending | Gross Margin | Cash Flow |
|---|---|---|
| -16.31% | +32.74% | +275.28% |

### Insider Trading EVA Airways Corp.

Transaction Summary
Total Insider Purchases and Sales

**NOTES & DATA PROVIDERS**

**Stocks:** Real-time U.S. stock quotes reflect trades reported through Nasdaq only; comprehensive quotes and volume reflect trading in all markets and are delayed at least 15 minutes. International stock quotes are delayed as per exchange requirements. Fundamental company data and analyst estimates provided by FactSet. Copyright 2023© FactSet Research Systems Inc. All rights reserved. Source: FactSet

**Indexes:** Index quotes may be real-time or delayed as per exchange requirements; refer to time stamps for information on any delays. Source: FactSet

**Markets Diary:** Data on U.S. Overview page represent trading in all U.S. markets and updates until 8 p.m. See Closing Diaries table for 4 p.m. closing data. Sources: FactSet, Dow Jones

**Stock Movers:** Gainers, decliners and most actives market activity tables are a combination of NYSE, Nasdaq, NYSE American and NYSE Arca listings. Sources: FactSet, Dow Jones

**ETF Movers:** Includes ETFs & ETNs with volume of at least 50,000. Sources: FactSet, Dow Jones

**Bonds:** Bond quotes are updated in real-time. Sources: FactSet, Tullett Prebon

**Currencies:** Currency quotes are updated in real-time. Sources: FactSet, Tullett Prebon

*Institutions that own 2618*

| Name | |
|---|---|

 

−15−

## VI. STATUTORY LEGAL FRAMEWORK §§2314, 2315

15. *First*, the elements of offense allegation violation of the offense of 18 U.S.C. §2314 are that the defendants: (1) unlawfully each transact to transport or caused to be transported in interstate or foreign commerce; (2) goods, wares, merchandise, securities, or money have a value of $5,000 or more which are *"stolen, converted or taken by fraud"*[9]; and (3) knowing the same to be stolen, converted or taken by fraud; and,

16. *Second*, that defendants (4) devised or intended to devise the scheme or artifice to defraud or obtain money or property by false or fraudulent pretenses, representations, or promises; (5) each transact to transported[10] or caused to

---

[9] *"stolen, converted or taken by fraud"* is intended to cover all forms of theft offenses regardless of whether such "taking" was in the nature of common law larceny, an embezzlement, or false pretenses. *See*, e.g., *United States v. Lyda*, 279 F. 2d 461 (5th Cir. 1960). *See* also, *United States v. Turley*, 352 U.S. 407 (1957) (under 18 U.S.C. §2312); and *Bell v. United States*, 462 U.S. 356 (1983) (under 18 U.S.C. §2313). The property must retain its stolen character during the transportation under 18 U.S.C. §2314, or the receipt, possession, concealment, storing, bartering, selling, disposing of, pledging, or accepting as security for a loan under 18 U.S.C. §2315.

[10] *See*, e.g., transportation of the victim the essence of this offense, it does not require an actual loss of property by the victim. *United States v. Benson*, 548 F. 2d 42 (2nd Cir. 1977). Government does not have to prove that the victim relied on the false representations and was deceived by them. *United States v. Reina*, 446 F.2d 16 (9th Cir. 1971)

-16-

be transported or induced any person to travel in or be transported in interstate or foreign commerce; (6) in the execution or concealment of the alleged each transaction construed scheme or artifice to defraud that person of person of money or property each transaction have a value of $5,000 or more.

17. *Third,* that defendants: (7) with unlawful or fraudulent intent; (8) transact to transport or caused to be transported in interstate or foreign commerce; (9) a falsely made, forged, altered, or counterfeit security[11] or tax stamps; (10) knowing the same to have been falsely made, forged, altered, or counterfeited.

18. *Fourth,* that defendants: (11) with unlawful or fraudulent intent; (12) transact to transport or caused to be transported in interstate or foreign commerce; (13) each transaction company check every endorsement bearing forged counterfeit effect.

---

[11] *See,* e.g., *"**forged security**"* does not have actually forged before the security crosses a state boundary provided that the forging take place before the completion of the interstate journey. *McElroy v. United States,* 455 U.S. 642 (1982). The defendant does not have to know of the interstate transportation as that is only a jurisdictional element. *United States v. Ludwig,* 523 F. 2d 705 (8th Cir. 1975); also, *United States v. Feola,* 420 U.S. 671 (1975);

-17-

19. *Fifth*, that defendants: (14) with unlawful or fraudulent intent; (15) transported or caused to be transported in interstate or foreign commerce; (16) any tool, implement, or thing used or fitted to be used in falsely making, forging, altering, or counterfeiting any security or tax stamp or any part thereof.

20. *Sixth*, the elements of offense allegation violation of the offense of 18 U.S.C. §2315 are that the defendants: (1) received, possessed, concealed, stored, bartered, sold, or disposed of; (2) goods, wares, merchandise, securities or money having the value of $5,000 or more; (3) which have crossed a state or United States boundary after being stolen, unlawfully converted, or taken; (4) knowing same to have been stolen, unlawfully converted, or taken.

21. *Seventh*, the elements of offense allegation violation of the offense of 18 U.S.C. §2315 are that the defendants: (5) received, possessed, concealed, stored, bartered, sold, or disposed of, or pledged or accepted as security or for a loan; (6) falsely made, forged, altered, or counterfeit security or tax stamp; (7) which was moving as, or which was a part of, or which constitutes interstate or foreign commerce; (8) knowing same to have been stolen, unlawfully converted, or taken by means manipulative, deceptive, or other fraudulent device or contrivance the "EVA AIRWAYS CORPORATION" as a "DELAWARE CORPORATION" offer, sale and transact to transport securities.

-18-

| | |
|---|---|
| 1 | **VII. FACTS** |
| 2 | |
| 3 | 22. "DELAWARE CORPORATION" traditionally is the most |
| 4 | prestigious brand *equity*[12] of American corporate quality |
| 5 | standard or as that if a corporation can have since 1900's. |
| 6 | *More*[13] than half Fortune-500 corporation incorporated in |
| 7 | the State Delaware. |
| 8 | |

---

[12] *See*, *BLK LAW*, 4th EDITION. W., PUB. 1965, Page 634, *"EQUITY"*. In its broadest and most general signification, this term denotes the spirit and the habit of fairness, justness, and right dealing which would regulate the intercourse of men with men, the rule of doing to all others as we desire them to do to us; or, as it is expressed by Justinian, "to live honestly, to harm nobody, to render to every man his due." Inst. 1, 1, 3. It is therefore the synonym of natural right or justice.

In a restricted sense, the word denotes equal and impartial justice as between two persons whose rights or claims are in conflict; justice, that is as ascertained by natural reason or ethical insight, but independent of the formulated body of law. This is not a technical meaning of the term, except in so far as courts which administer equity seek to discover it by the agencies above mentioned, or apply it beyond the strict lines of positive law.

In a still more restricted sense, it is a system of jurisprudence, or branch of remedial justice, administered by certain tribunals, distinct from the common law courts and empowered to decree "equity" in the sense last above given. Here it becomes a complex of well-settled and well-understood rules, principles, and precedents.

[13] *See*, *WHY CORPORATIONS CHOOSE DELAWARE*, by Lewis S. Black, Jr. Delaware Department of State, 2007.

−19−

23. "DELAWARE CORPORATION" *proprietary* [14] is determined based on symbol public trust of free society market economy in accordance the confidence corporation assets or liabilities contemplate the qualification standard above all other generic state corporations.

24. "EVA AIRWAYS CORPORATION", a Taiwanese corporation, Taiwanese owned and Taiwanese operated on the *International Securities Identification Number* (ISIN-Code) TW0002618006, whereby alleged naming defendants manipulative, deceptive, or other fraudulent device or contrivance their "CORPORATION" as a "DELAWARE CORPORATION" perpetrate-to-extravaganza the market, buyer, investors overcounter confidence for the purpose fraudulent conveyance offering, selling and transacting to transporting securities to wit affect interstate commerce.

25. The State of Delaware is a leading domicile for U.S. and international business entities, which offers simple process: (1) *Choose Business Entity Type*; (2) *Obtain a Registered Agent*; (3) *Name Reservation*; (4) *Certificate of Incorporation*; (5) *Submitting Certificate For Filing*; (6) *Financial Institution Certified Copies Status Good Standing*; (7) *Annual Taxes Corporate Annual Report and Franchise Tax Payments*.

26. Instead of filing "DELAWARE CORPORATION" appropriately, the alleged naming defendants contrary by intentional to file its statement unlawfully with SEC.

---

[14] *Managing Brand Equity*, Macmillan, Inc., New York, 1991, David A. AAker, the J.Gary Shansby Professor , U.C. Berkeley.

−20−

27. Since enactment of *Securities Act of 1933*, the Federal law specific SEC enforcement that is mandatory corporate disclosure based on the principle Five Basic Instrumental which absence a compulsory enforced corporate disclosure system: (1) some issuers will conceal or misrepresent information material to investment decision; (2) underwriting costs and insiders salaries and perquisites will be excessive; (3) there will be less *"Public Confidence"* in the markets; (4) Neither state law nor private associations such as *New York Stock Exchange* can ensure the optimal level of corporate disclosure; (5) that civil or criminal law action will be unenforceable.

28. While at time "EVA AIRWAYS CORPORATION" formed then filed SEC and state record on or about 10-24-1991, that is state "CALIFORNIA" Secretary filed date-time and retained corporation record-file been true and correct, the alleged naming defendants stolen, converted or taken by fraud status "DELAWARE CORPORATION" brand equity by manipulative, deceptive, or other fraudulent device or contrivance knowing intention willfully replacing its "CALIFORNIA" process agent with a *"DELAWARE"* process agent (*See*, e.g., EXHIBIT-1) in the making, dealing, or possessing counterfeit obligation and or security of the United States subsequent thereafter to being-had-being as of a "DELAWARE CORPORATION" in violation 18 U.S.C. §§470 through 514 (*See*, e.g., EXHIBIT-20);

-21-

INSERTION FOLLOWING PAGE(S)
EXHIBIT-20

DODD-FRANK COMPLAINT
USDC-NDTX-423CV00214-OBP

# Statement and Designation
# by
# Foreign Corporation

DO NOT WRITE IN THIS SPACE

_____

_____
(Name of Corporation)

a corporation organized and existing under the laws of _____
(Place or State of incorporation)

makes the following statements and designation:

1. The address of its principal executive office is _____

_____
(Insert complete address of principal executive office wherever located – Do not use Post Office Box)

2. The address of its principal office in the State of California is _____

_____
(Insert complete address of prnicipal office in California – Do not use Post Office Box.)

### DESIGNATION OF AGENT FOR SERVICE OF PROCESS WITHIN THE STATE OF CALIFORNIA

3. *(Use this paragraph if the process agent is a natural person.)*

_____

a natural person residing in the State of California, whose complete  [  ] business   [  ] residence address is

_____

_____
(Do not use Post office box)

is designated as its agent upon whom process directed to the corporation may be served within the State of California in the manner provided by law.

NOTE: Either the business address or the residence address must be given. Indicate which by check mark in proper box.

**FORM TO BE COMPLETED ON REVERSE SIDE**

**OVER**

SEC/STATE Form LL-8

**Figure F-53 (continued)**

545

4.   *(Use this paragraph if the process agent is a corporation. See instructions)*

_____ , a corporation

organized and existing under the laws of _____

is designated as agent upon whom process directed to the undersigned corporation may be served within the State of California, in the manner provided by law.

NOTE:  Before it may be designated by any foreign corporation as its agent for service of process, a corporate agent must comply with Section 1505, California Corporations Code. (See instruction 2.)

5.   The undersigned corporation hereby irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the Secretary of State of State of California if the agent so designated or the agent's successor is no longer authorized to act or cannot be found at the address given.

_____
(Name of Corporation)

_____
(Signature of corporate officer)

_____
(Typed name and title of officer signing)

**INSTRUCTIONS:**

1.  There must be annexed to this statement, a certificate by an authorized public official of the state or place of incorporation of the corporation, to the effect that the corporation making the statement is an existing corporation in good standing in that state or place. IF A  NONPROFIT  CORPORATION IS TO BE QUALIFIED, the certificate must also indicate that the corporation is a nonstock, nonprofit corporation.

2.  No domestic corporation may be designated as agent for service of process unless it has filed with the Secretary of State the certificate provided for by Section 1505, Corporations Code, and no foreign corporation may be designated unless it has qualified for the transaction of intrastate business in California and has filed with the Secretary of State of the State of California the certificate provided for by Section 1505, California Corporations Code. A domestic or foreign corporation must be currently authorized to engage in business in this State and be in good standing status on the records of the Secretary of State of the State of California, in order to file a certificate pursuant to this section.

NOTE:  A CORPORATION CANNOT ACT FOR *ITSELF* AS AGENT FOR SERVICE OF PROCESS.

3.  If a corporation is required to qualify under a D.B.A. (name other than the true corporate name) pursuant to Section 2106(b), Corporations Code, then in the first line of this statement set out the correct corporate name, followed by "which will do business in California  as _____," setting forth the D.B.A. in the space indicated.  The D.B.A. should not be set out in connection with the corporate name anywhere else in the statement.

4.  If the corporation changes its name or if there are any changes in the information contained in this statement, then the corporation must file an Amended Statement and Designation. A form may be obtained from the Secretary of State.

**Figure F-53 (continued)**



HALF PRICE BOOKS    Our Price
Handbook of annotated
10-18-18 U Business

87339080U

# HANDBOOK OF ANNOTATED FINANCIAL FORMS

## Robert P. Vichas

–22–

EXHIBIT-20
INSERTION END-PAGE

DODD-FRANK COMPLAINT
USDC-NDTX-423CV00214-OBP

–23–

29. The "COMMISSIONS" not only finding the alleged naming defendants stolen, converted or taken by fraud the status "DELAWARE CORPORATION" brand equity by manipulative, deceptive, or other fraudulent device or contrivance extraneous personal financial gaining, but it is further based on the continuance finding from other agencies commissions charged labor law violation (*See*, e.g. U.S. EEOC CHARGE #450-2021-03660, dated 07-19-2021).

30. Subsequent to the relevant other agencies commissions permission to sue letter (*See*, e.g., DKT#1, APPENDIX-8, U.S. EEOC-CHARGE, *Notice Right to Sue*, dated 11-17-2021)   so that PLAINTIFFS original court proceeding before *United States District Court for the District Delaware* filed on 01-27-2022 (*See*, e.g., DKT#1, PLAINTIFFS entitled SARBANES-OXLEY COMPLAINT).

31. On the date 02-04-2022, that PLAINTIFFS respectfully placing the cause summons and complaint filed pending before the United States District Court for the District Delaware into the *United States Postal Service* (TRACKING#EJ687507625US) to been delivered to "*DELAWARE*" process agent in the accordance the alleged naming defendants manipulative, deceptive, or other fraudulent device or contrivance knowing intention willfully replacing its "CALIFORNIA" process agent onto the filed SEC and state record on or about the date 10-24-1991 (*See*, e.g., EXHIBIT-1).

-24-

32. On the date 02-09-2022, the alleged naming defendants manipulative, deceptive, or other fraudulent device or contrivance the "*DELAWARE*" process agent by decline, refusal to reject clearly indicating by denounce that "EVA AIRWAYS CORPORATION" is not listed as service processable on the records of the State of Delaware, that defendants manipulative, deceptive, or other fraudulent device or contrivance its "*DELAWARE*" process agent on the SEC and state file record whom unable to forward, or simply doesn't exist (*See*, e.g., EXHIBIT-18, "*EVA AIRWAYS CORPORATION is not listed on our records or on the records of the State of DE. CT was unable to forward*", dated 02-09-2022, Post Marked date 02-11-2022).

33. Whereby incorporate aforementioned PARAGRAPH #28 through PARAGRAPH #32 record fact shown the above, that the alleged naming defendants manipulative, deceptive, or other fraudulent device or contrivance its "*DELAWARE*" process agent onto its SEC and state file record disclosure statement manifested "*DELAWARE*" that is absolute have no record of whatsoever within any meaningful or any connection to the state "DELAWARE", which other than uttering fraudulent device or contrivance perpetrate-to-extravaganza the market, buyer, investors overcounter confidence for the purpose fraudulent conveyance offering, selling and transacting to transporting securities to wit affect interstate commerce by stolen, converted or taken by fraud the status "DELAWARE CORPORATION" brand equity.

-25-

34. On the date 02-09-2022, the PLAINTIFF been-had-being reported to the cause summons and complaint filed pending before the *United States District Court for the District Delaware* concerning invalidity the alleging naming defendants manipulative, deceptive, or other fraudulent device or contrivance its *"DELAWARE"* process agent onto its SEC and state file record disclosure statement manifested *"DELAWARE"* that is absolute have no record of whatsoever within any meaningful or any connection to the state "DELAWARE" (*See*, e.g., APPENDIX-31, PLAINTIFF entitled *AFFIDAVIT OF SERVICE*, DKT#6, dated 02-09-2022, USPS TRACKING#EJ687507642US).

35. On the date 04-01-2022, the PLAINTIFF been-had-being amend to its original SARBANES-OXLEY COMPLAINT based on FRCP, Rule 15(a)(2) as justice so requires rules and MRPC, Rule 3.3 because court record material fact alleged the naming defendants specific DEFENDANT#1, #2, #3 committed act of (*See*, e.g., APPENDIX-32, *AMEND#1 SARBANES-OXLEY COMPLAINT, DKT#17*):

> *(1)* Falsification, alters, destroys, mutilates, or conceals corporate record to impending an official proceeding violation 18 U.S.C. §1512 (*See*, e.g., *AMEND#1 SARBANES-OXLEY COMPLAINT, DKT#17*, Page-2, Line-28); and

> *(2)* Perjury before court, agencies, and or grand jury proceeds 18 U.S.C. §1621 (*See*, e.g., *See*, e.g., *AMEND#1 SARBANES-OXLEY COMPLAINT*, DKT#17, Page-6, Line-1);

–26–

(3) Subornation of perjury violation 18 U.S.C. §1622 (*See*, e.g., *AMEND#1 SARBANES-OXLEY COMPLAINT, DKT#17*, Page-9, Line-1);

(4) Obstruction justice violation 18 U.S.C. §§1503, 1505 (*See*, e.g., *AMEND#1 SARBANES-OXLEY COMPLAINT, DKT#17*, Page-10, Line-1);

(5) Conspiracy violation 18 U.S.C. §371 (*See*, e.g., *AMEND#1 SARBANES-OXLEY COMPLAINT, DKT#17*, Page-11, Line-1);

(6) Furtherance mail fraud vicarious liability deprivation intangible right of honest services violation 18 U.S.C. §1341 (*See*, e.g., *AMEND#1 SARBANES-OXLEY COMPLAINT, DKT#17*, Page-11, Line-15);

(7) Aiding and abetting violation 18 U.S.C. §2 (*See*, e.g., *AMEND#1 SARBANES-OXLEY COMPLAINT, DKT#17*, Page-12, Line-1);

(8) False declarations violation 18 U.S.C. §152(3) (*See*, e.g., *AMEND#1 SARBANES-OXLEY COMPLAINT, DKT#17*, Page-12, Line-16);

36. Subsequent on the date 06-09-2022 the PLAINTIFF been-had-being respectfully filed its entitled *AFFIDAVIT OF SERVICE AMEND#1 SUPPORT LEAVE APPLICATION TO FILE PLAINTIFFS THIRD MOTION* (*See*, e.g., *DKT#19*), which contains each "*MOTION-[3.1] FOR ENTERING A DEFAULT*

−27−

*AND JUDGMENT BY CLERK OF COURT"* and *"MOTION-[3.2]*
*FOR ENTERING A DEFAULT AND JUDGMENT BY CLERK OR*
*COURT"* known DELAWARE-DEFAULT. Court should note
the file-date reasonable within extension that PLAINTIFFS
been-had-being properly notice and acknowledge by grant
of the court (*See*, e.g., DKT#14, PLAINTIFFS entitled
*PLAINTIFFS FIRST MOTION-[1] TO MANAGING PLEADING*
*FOR APPLICATION ENLARGEMENT*, dated 03-14-2022).

37. Reallege PARAGRAPH #28 through #36 the court
record material fact, that is because the allege defendants
alleging the naming defendants manipulative, deceptive,
or other fraudulent device or contrivance its *"DELAWARE"*
process agent onto its SEC and state file record disclosure
(*See*, e.g., EXHIBIT-1) and its corporate statement whereat is
absolute have no record of whatsoever within any
meaningful or any connection to the state "DELAWARE",
so that PLAINTIFF properly respectfully serviced the
alleging the naming defendants to their last known good
attorneys whom otherthan the defendants *"process agent"*
and based on the fact defense fraudulent claimed
*"DELAWARE"* process agent confirmed its fraudulent
device or contrivance (*See*, e.g., EXHIBIT-18, *"EVA AIRWAYS*
*CORPORATION is not listed on our records or on the records of*
*the State of DE. CT was unable to forward"*, dated 02-09-2022,
Post Marked date 02-11-2022).

38. Attachment to "COMMISSIONS" this Complaint, it is
PLAINTIFF entitled *AFFIDAVIT OF SERVICE AMEND#1*
*SUPPORT LEAVE APPLICATION TO FILE PLAINTIFFS THIRD*
*MOTION* (*See*, e.g., DKT#19), which contains each

-28-

INSERTION FOLLOWING PAGE(S)
EXHIBIT-18

DODD-FRANK COMPLAINT
USDC-NDTX-423CV00214-OBP

# CT

February 09, 2022

MS. FLORA HOT
3808 CREEK HOLLOW WAY,
THE COLONY, TX  75056-4086

   EVA USA EX REL FLORA HOI vs. BOARD DIRECTORS

Case No.  22112

Dear Sir/Madam:

EVA AIRWAYS CORPORATION is not listed on our records or on the records of the State of DE.

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 541025024

Sent By Regular Mail

cc:  ⸱⸱


**(Returned To)**

MS. FLORA HOT
3808 CREEK HOLLOW WAY,
THE COLONY, TX  75056-4086



-29-

EXHIBIT-18
INSERTION  END-PAGE

DODD-FRANK  COMPLAINT
USDC-NDTX-423CV00214-OBP

−30−

"*MOTION-[3.1] FOR ENTERING A DEFAULT AND JUDGMENT BY CLERK OF COURT*" and "*MOTION-[3.2] FOR ENTERING A DEFAULT AND JUDGMENT BY CLERK OR COURT*" known DELAWARE-DEFAULT, which been-had-being properly served the alleging the naming defendants specific and their last known good attorneys whom otherthan the defendants "*process agent*" and based on the fact defense claims "*DELAWARE PROCESS AGENT*" confirmed its fraudulent device or contrivance as following:

DEFENDANT#1(USPS-TRACKING#EJ141522579US);

DEFENDANT#2(USPS-TRACKING#EJ141522582US);

DEFENDANT#3(USPS-TRACKING#EJ141521998US);

that each the same record of tracking the above USPS-TRACKING reference which shown record of validity of service pursuant to FRCP, Rule 4(l)(3). Court may permit proof of service to be amended (*See*, e.g., APPENDIX-33, *PLAINTIFFS 19TH FILE-[19] AFFIDAVIT AMEND RECORD OF SERVICE DKT#19, #20, #21*).

39. Whereat that is based the material fact record on or about 10-24-1991 commencing the above paragraphs, the state "CALIFORNIA" Secretary filed date-time and retained corporation record-file been true and correct, that the alleging defendants did stolen, converted or taken by fraud the word "DELAWARE", and or status "DELAWARE CORPORATION" brand equity by manipulative, deceptive, or other fraudulent device or contrivance perpetrate-to-extravaganza the market, buyer, investors overcounter confidence for the purpose fraudulent conveyance offering, selling and transacting to transporting securities to wit affect interstate commerce by

-31-

transact, transport proceed by or onto the subsequent stolen transportations within meaning 18 U.S.C. §2311 specific defined as *"motor vehicles, aircrafts, vessels"*.

40. The alleged naming defendants and or whoever transports in interstate foreign commerce on a motor vehicle, vessel, or aircraft, knowing on the same to have been stolen, is violation 18 U.S.C. §2312 Transact onto the Stolen Transportation Vehicles; and,

41. The alleged naming defendants and or whoever (a) receives, possesses, conceals, stores, barters, sells, or dispose on the transact of any motor vehicles, vessels, or aircrafts, which has crossed a state or United States on the same, is violation 18 U.S.C. §2313; and,

42. The alleged naming defendants and or whomever transact, transports, transmits, or transfers in interstate or foreign commerce any goods, wares, merchandise, securities or money, of the value of $5,000 or more, knowing the same to have been stolen, converted or taken by fraud; and,

43. Having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transports or causes to be transported, or induces any person or persons to travel in, or to be transported in interstate or foreign commerce in the execution or concealment of a scheme or artifice to defraud

-32-

that person or those persons of money or property having a value of $5,000 or more; and,

with unlawful or fraudulent intent, transports in interstate or foreign commerce any falsely made, forged, altered, or counterfeited securities or tax stamps, knowing the same to have been falsely made, forged, altered, or counterfeited;

It is violation 18 U.S.C. §2314;

44. The alleged naming defendants and or whoever transact, transports,

(1) traffics in goods or services and knowingly uses a counterfeit mark on or in connection with such goods or services,

(2) traffics in labels, patches, stickers, wrappers, badges, emblems, medallions, charms, boxes, containers, cans, cases, hangtags, documentation, or packaging of any type or nature, knowing that a counterfeit mark has been applied thereto, the use of which is likely to cause confusion, to cause mistake, or to deceive,

It is violation 18 U.S.C. §2320;

45. The "COMMISSIONS" reallege and incorporates by reference herein the allegations in PARAGRAPH #1 through PARAGRAPH #44:

−33−

## VIII. FIRST (1st) CLAIM FOR RELIEF
Racketeer Influenced Corrupt Organization
(Violation of 18 U.S.C. §§1961-1968)

46. Whereby the effect alleged naming defendants and or whomever failure to deny, failure specific denial constituted admission the PLAINTIFF reentered the DELAWARE-DEFAULT before the *United States District Court for the District Delaware* (*See*, e.g., DKT#23), the "COMMISSIONS" ex rel PLAINTIFFS aforementioned entered reentered default allegation defendants violations hereby consolidate 18 U.S.C. §2, 152(3), 371, 1341, 1503, 1505, 1512, 1621, 1622 (*See*, e.g., DKT#17) alleging material default record shown evidence in the pattern certain predicate act *(a)* racketeering violations; *(b)* record existence enterprise; *(c)* the pattern of racketeering activity; *(d)* transact transport engaged interstate and or foreign commerce collectively violation of 18 U.S.C. §§1961-1968 the *Racketeer Influenced and Corrupt Organizations Act*; and,

47. "COMMISSIONS" ex rel PLAINTIFFS aforementioned retained court record indicating defendants material evidence *"partnership"* between legal entitles aiding abetting the racketeering predicate act pursuant *Federal Rules of Evidence* (FRE) , Rule 79 and *Federal Rules of Criminal Procedure* (FRCrP), Rule 49 defendants specific court record (DKT#50) disclosure reveals the *"partnership"* which otherthan attorney-client privileged relations outline admission of association the racketeering influence and corruptive unlawful affiliations (*See*, e.g., DKT#50, File

−34−

1    date 03/29/2023, Page 1 of 2, Page ID 768, ¶2, neglect line
2    numbers, *"Pillsbury partnered with Morris Nichols"*,
3    *"Pillsbury partnered with Wick Phillips"*) the word
4    *"partnered"* is state of mind evidence defendants motive,
5    opportunity, intent, preparation, plan, knowledge, identity,
6    absence of mistake, and lack of accident participation, the
7    pattern of racketeering activities violation in reference to
8    *Federal Rules of Evidence* (FRE), Rule 404; and,
9
10   48. By their conduct described above, the alleged naming
11   defendants and or whomever liability be treble:
12
13              **IX. SECOND (2ⁿᵈ) CLAIM FOR RELIEF**
14         Fraud in Offer, Sale, Transact Transport Securities
15            (Violation of Section 17(a) of the Securities Act)
16
17   49. Incorporate FIRST CLAIM above, the alleged naming
18   defendants and or whomever, in the offer or sale of
19   securities, by the use of means or instrumentalities transact
20   transportation communication in interstate commerce or
21   by use of the mails, directly or indirectly in the any
22   connection "EVA AIRWAYS CORPORATION" to the name
23   alleged corporate statement: (1) knowingly or recklessly
24   employed such devices, schemes, or artifices to defraud; (2)
25   knowingly, recklessly, or negligently obtained money or
26   property by means of untrue statements of material or by
27   omitting to state material facts necessary in order to make
28   the statements made, in light of circumstances under
29   which they were made, not misleading; and (3) knowingly,
30   recklessly, or negligently engaged in transactions,
31   transport, practice, or courses of business which operated

−35−

or would operated as fraud or deceit upon the purchaser. That the alleged naming defendants and or whomever violated, and unless restrained and enjoined will continue to violate, *Securities Act* Section 17(a), 15 U.S.C. §77q(a).

## X. THIRD (3rd) CLAIM FOR RELIEF
Fraud in Connection with the Purchase or Sale Securities (Violations of Section 10(b) of the *Exchange Act* and Rule 10b-5 Thereunder)

50. Reincorporate FIRST CLAIM above, the alleged naming defendants and or whomever, in connection with the purchase or sale of securities, by the use of the means or instrumentalities of transact transportation communication in interstate commerce or by use of the mails, directly or indirectly with the "EVA AIRWAYS CORPORATION" to the name alleged corporate statement or of the mails, or of any facility of any national securities exchange, knowingly or recklessly, (i) employed devices, schemes, or artifices to defraud; (ii) made untrue statements of material fact or omitted to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; and (iii) engaged in acts, transact, transport, practices, or courses of business which operated or would operate as fraud or deceit upon any persons, including purchasers of the securities thereof.

51. By their conduct described above, the alleged naming defendants and or whomever violated, and unless restrained and enjoined will continue to violate, *Exchange*

−36−

*Act* Section 10(b), 15 U.S.C. §78j(b), and Rule 10b-5, 17 C.F.R. 240. 10b-5, Thereunder.

### XI. FOURTH (4th) CLAIM FOR RELIEF
Defendants Control Person Liability Under Section 20(a) of the Exchange Act for Violation of Section 10(b) of the Exchange Act and Rule 10b-5 Thereunder

52. The alleged naming defendants and or whomever is, or was directly or indirectly, a control person persons of the "EVA AIRWAYS CORPORATION" for the purposes of *Exchange Act* Section 20(a), 15 U.S.C. §78t(a).

53. As a control person persons of "EVA AIRWAYS CORPORATION" is jointly and severally liable with and to the same extent as the controlled entity for its violations of Section 10(b) of the *Exchange Act* and Rule 10b-5 thereunder.

### XII. FIFTH (5th) CLAIM FOR RELIEF
Effecting Transactions in Security-Based Swaps with Non-Eligible Contract Participants Service DELAWARE and or DELAWARE LAW (Violations of Section 6(I) of the Exchange Act)

54. The alleged naming defendants and or whomever effected transactions in security-based swaps with or for a person that is not an eligible contract participant in the State DELAWARE, without such transaction transport

–37–

1   being effected on a national securities exchange registered
2   pursuant to subsection 6(b) of the Exchange Act, 15 U.S.C.
3   §78t(b).
4
5   55. By engaging in the foregoing conduct, the alleged
6   naming defendants and or whomever have violated, and
7   unless restrained and enjoined will continue to violate,
8   Section 6(1) of the Exchange Act, 15 U.S.C. §78f(1).
9
10              **XIII. SIXTH (6th) CLAIM FOR RELIEF**
11           Restitution Delaware State Taxes & Penalties
12       Accordance Annual Report and Franchise Tax Payments
13               (Violation 18 U.S.C. §§2311-2314)
14
15   56. Consolidate FIRST (1st) CLAIM through FIFTH (5th)
16   CLAIM, that the State DELAWARE entitles all applicable
17   reinstitution   annual   taxes   per   "EVA   AIRWAYS
18   CORPORATION" annual report and due franchise tax
19   payments commencing 10-24-1991 compound the amount
20   with penalty interest at 1.5% per month hereforth applied
21   until final due is paid full in the balance amount that is the
22   Secretary of State DELAWARE deemed appropriate.
23
24
25            **XIV. SEVENTH (7th) CLAIM FOR RELIEF**
26                  DODD-FRANK ACT AWARD
27                     12 U.S.C. §5531
28
29   57. PLAINTIFF reclaim "COMMISSIONS" attachment
30   pursuant all applicable award SARBANES-OXLEY ACT
31   defaulted of and or DODD-FRANK ACT incentive said;

## XV. PRAYER FOR RELIEF

58. Permanently restraining and enjoining the alleged naming defendants and or whomever manipulative, deceptive, or other fraudulent device or contrivance their "EVA AIRWAYS CORPORATION" as a "DELAWARE CORPORATION" perpetrate-to-extravaganza the market, buyer, investors overcounter confidence for the purpose fraudulent conveyance offering, selling and transacting to transporting securities to wit affect interstate commerce violation the above; and,

59. Ordering the alleged naming defendants and or whomever, disgorge all ill-gotten gains received directly or indirectly proceed from violation the above, pursuant to Section 21 (d)(3), 21 (d)(5) and 21(d)(7) of the *Exchange Act*, 15 U.S.C. 78u(d)(3), 78u(d)(5) and 78u(d)97).

60. Ordering the alleged naming defendants and or whomever to pay, with prejudgment interest, all ill-gotten gains by which each of them was unjustly enriched, pursuant to Exchange Act 21(d)(3), 21(d)(5), and 21 (d)(7) [15 U.S.C. 78u(d)(3), 78u(d)(5), and 78u(d)(7)]; and,

61. Ordering forfeiture capital interests in whatever corporations and partnerships the alleged naming defendants and or whomever at least ten (10) years illicit profits including but not limiting all motor vehicle, vessel, or aircraft pursuant 18 U.S.C. §§1963, 2311, 2312 proceed transact transport interest said violations;

-39-

1
2                              **XVI. CONCLUSION**
3
4     62. Granting such other and further relief as the court
5     deems just and appropriate; and,
6
7     Plaintiff reclaims all the above equitable relief which
8     maybe justly entitled
9
10    Respectfully Submitted,
11
12
13    _____
14    Flora Hoi, and on behalf EVA, USA,
15    Dated 05-04-2023
16    Ms. Flora Hoi
17    3808 Creek Hollow Way
18    The Colony, Texas 75056-4086
19
20
21
22
23

-40-



PAGE ATTACHMENT CD-ROM

APPENDIX-
#31,#32,#33

CD-ROM

1. DODD-FRANK COMPLAINT;
2. APPENDIX-31 (DKT#6);
3. APPENDIX-32 (DKT#17);
4. APPENDIX-33 (DKT#19, #20, #21);

–41–

## XVII. CERTIFICATE OF SERVICE

I, Flora Hoi, do certify on this date <u>05-04-2023</u> plaintiff entitled **DODD-FRANK COMPLAINT** with attachment been-had-being served the defendant, defendants and or defendant last known good attorneys in manner pursuant FRCP, Rule 5(C) in the process each by the USPS at:

<u>DEFENDANT#1, DEFENDANT#5</u>
Board of Directors
EVA AIRWAYS CORPORATION
2199 Campus Dr.
El Segundo, CA 90245

<u>DEFENDANT#2</u>
Ms. Donna Culver
Mr. Anthony D. Raucci
and MORRIS, NICHOLS, ARSHT & TUNNELL LLP
POBOX 1347
Wilmington, DE 19899

<u>DEFENDANT#3</u>
Mr. Thomas T. Liu
Ms. Andrea R. Miliano
and PHILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5524

-42-

DEFENDANT#4

Mr. Jacob Thomas Fain

Mr. Stafford Powell Brantley

Wick Phillips Law

100 Throckmorton Street, Suite# 1500

Forth Worth, Texas 76102

_____

Flora Hoi, and on behalf EVA, USA,

Dated 05-04-2023

−43−

THIS IS END-PAGE

DODD-FRANK COMPLAINT

05-04-2023