IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **FLORA HOI,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00214-O-BP |
| § | |
| **CHANG KUO-HUA,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No specific objections were filed,[1] and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that pursuant to Fed. R. Civ. P 4(m), Plaintiff's claims against Defendants Chang Kuo-Hua, Ko Lee-Ching, Tai Jiin-Chyuan, Sun Chia-Ming, Liao Chi-Wei, Chien You-Hsin, Hsu Shun-Hsiung, Wu Chung-Pao, Ho Ching-Sheng, Hsu Hui-Sen, Chen Yao-Min, Hsiao Chin-Lung, and Tsai Ta-Wei are **DISMISSED WITHOUT PREJUDICE**.

---

[1] Since the submission of the Findings, Conclusions, and Recommendation by the Magistrate Judge on May 16, 2023, Plaintiff subsequently filed four documents between May 30, 2023 and June 1, 2023: (1) Plaintiff's 22nd File (ECF No. 63), (2) Plaintiff's 21st File (ECF No. 64), (3) Plaintiff's 24th File (ECF No. 65), and (4) Plaintiff's 23rd File (ECF No. 66). Having reviewed and liberally construed these documents, the Court finds that these documents do not identify the particular finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's Findings, Conclusions, and Recommendation where the disputed determination is found. Accordingly, the Court finds that these documents do not constitute a specific objection.

**SO ORDERED** on this **17th day** of **August, 2023**.

_Reed O'Connor_
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**