IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FLORA HOI, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00214-O-BP |
| | § | |
| CHANG KUO-HUA, *et al.*, | § | |
| | § | |
|     Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No specific objections were filed,[1] and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Court **GRANTS** Plaintiff leave to file an Amended Complaint that addresses the deficiencies noted in the Findings and Conclusions of the Magistrate Judge within fourteen days of the date of this Order.

**SO ORDERED** on this **17th day** of **August, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] Since the submission of the Findings, Conclusions, and Recommendation by the Magistrate Judge on June 27, 2023, Plaintiff subsequently filed two documents on July 5, 2023: (1) Plaintiff's 25th File (ECF No. 68) and (2) Plaintiff's 26th File (ECF No. 69). Having reviewed and liberally construed these documents, the Court finds that these documents do not identify the particular finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's Findings, Conclusions, and Recommendation where the disputed determination is found. Accordingly, the Court finds that these documents do not constitute a specific objection.